221 So.2d 520

**René MARES and Joe Mares**

**v.**

**Leslie L. GLASGOW, director of/and The
Louisiana Wild Life and Fish-
eries Commission.**

No. 49771.

May 5, 1969.

In re: René Mares and Joe Mares apply-
ing for certiorari, or writ of review, to the
Court of Appeal, Fourth Circuit, Parish of
Orleans. 219 So.2d 19.

Writ refused. The judgment is correct.

SUMMERS, J., is of the opinion the
writ should be granted. The Court of
Appeal has not answered one of the prin-
cipal contentions of plaintiffs and the Com-
mission has no authority to hold these skins.

Only the Division of Administration is au-
thorized to confiscate.